# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON L. BROWN, PETER A. YOUNG, NINA DANIEL, RUSSELL S. CRABTREE, KIMBERLY L. NESBITT and ERIN N. WHEELER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> THE MITRE CORPORATION, THE BOARD OF TRUSTEES OF THE MITRE CORPORATION, THE INVESTMENT ADVISORY COMMITTEE OF THE MITRE CORPORATION and JOHN DOES 1-30, <br><br> Defendants. | CIVIL ACTION NO.: 1:22-cv-10976 <br><br> **DECLARATION OF KERI L. ENGELMAN** |

I, Keri L. Engelman, hereby declare as follows:

1. I could and would testify competently to the matters set forth in this Declaration if called upon as a witness based on personal knowledge and my review of records kept in the ordinary course of business.

2. I am a partner at Morgan, Lewis & Bockius LLP, and I am counsel of record representing Defendants The MITRE Corporation, The Board of Trustees of the MITRE Corporation, and The Investment Advisory Committee of the MITRE Corporation ("Mitre"), which are the Defendants in the above-captioned action.

3. Attached hereto as Exhibit 1 is a true and correct copy of Amendment No. 9 to the Record Keeping Services Agreement Between Teachers Insurance and Annuity Association of America and the MITRE Corporation.

1

4. Attached hereto as Exhibit 2 is a true and correct copy of Amendment No. 11 to the Record Keeping Services Agreement Between Teachers Insurance and Annuity Association of America and the MITRE Corporation.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Sutter Health Retirement Income Plan's 2018 Form 5500, Schedule C.

6. Attached hereto as Exhibit 4 is a true and correct copy of The Tax Sheltered Annuity Plan of Texas Children's Hospital's 2018 Form 5500, Schedule C.

7. Attached hereto as Exhibit 5 is a true and correct copy of DHL Retirement Savings Plan's 2018 Form 5500, Schedule C.

8. Attached hereto as Exhibit 6 is a true and correct copy of Fed Ex Office and Print Services, Inc. 401(k) Retirement Savings Plan's 2018 Form 5500, Schedule C.

9. Attached hereto as Exhibit 7 is a true and correct copy of Pilgrim's Pride Retirement Savings Plan's 2018 Form 5500, Schedule C.

10. Attached hereto as Exhibit 8 is a true and correct copy of JBS 401(k) Savings Plan's 2018 Form 5500, Schedule C.

11. Attached hereto as Exhibit 9 is a true and correct copy of Sanofi U.S. Group Savings Plan's 2018 Form 5500, Schedule C.

12. Attached hereto as Exhibit 10 is a true and correct copy of Rite Aid 401(k) Plan's 2018 Form 5500, Schedule C.

13. Attached hereto as Exhibit 11 is a true and correct copy of Danaher Corp. & Subsidiaries Savings Plan's 2018 Form 5500, Schedule C.

14. Attached hereto as Exhibit 12 is a true and correct copy of Wrigley Savings Plan's 2014 Form 5500, Schedule C.

15. Attached hereto as Exhibit 13 is a true and correct copy of HealthFirst Profit Sharing 401(k) Plan's 2014 Form 5500, Schedule C.

16. Attached hereto as Exhibit 14 is a true and correct copy of Children's Medical Center of Dallas Employee Savings 403(b) Plan's 2018 Form 5500, Schedule C.

17. Attached hereto as Exhibit 15 is a true and correct copy of Ralph Lauren 401(k) Plan's 2018 Form 5500, Schedule C.

18. Attached hereto as Exhibit 16 is a true and correct copy of Vibra Healthcare Retirement Plan's 2018 Form 5500, Schedule C.

19. Attached hereto as Exhibit 17 is a true and correct copy of Republic National 401(k) Plan's 2018 Form 5500, Schedule C.

20. Attached hereto as Exhibit 18 is a true and correct copy of Southern California Permanente Medical Group Tax Savings Retirement Plan's 2018 Form 5500, Schedule C.

21. Attached hereto as Exhibit 19 is a true and correct copy of Pacific Architects and Engineers, LLC 401(k) Savings Plan's 2018 Form 5500, Schedule C.

22. Attached hereto as Exhibit 20 is a true and correct copy of First American Financial Corporation 401(k) Savings Plan's 2018 Form 5500, Schedule C.

23. Attached hereto as Exhibit 21 is a true and correct copy of Bausch Health Companies Inc. Retirement Savings Plan's 2018 Form 5500, Schedule C.

24. Attached hereto as Exhibit 22 is a true and correct copy of Fortive Retirement Savings Plan's 2018 Form 5500, Schedule C.

25. Attached hereto as Exhibit 23 is a true and correct copy of Fortive Retirement Savings Plan's 2020 Form 5500, Schedule C.

26. Attached hereto as Exhibit 24 is a true and correct copy of the Vibra Healthcare Retirement Plan's 2019 Form 5500, Schedule C.

27. Attached hereto as Exhibit 25 is a true and correct copy of Fidelity Defendants' Response to Plaintiffs' Response to Shell Defendants' Additional Notice of Supplemental Authority and Exhibit A thereto, filed at Dkt. 134 in *Harmon, et al v. Shell Oil Co., et al*, No. 3:20-cv-00021 (S.D. Tex.).

28. Attached hereto as Exhibit 26 is a true and correct copy of the transcript of oral argument on defendants' Motion to Dismiss held on May 27, 2022 in *Morales, et al v. Capital One Financial Corp., et al*, No. 1:21-cv-01454 (E.D. Va.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2022                     */s/ Keri L. Engelman*
                                                Keri L. Engelman