# EXHIBIT 1

Case 1:22-cv-10976-DJC   Document 19-1   Filed 08/23/22   Page 1 of 4



# Amendment No. 9 to the
# Record Keeping Services Agreement
# Between Teachers Insurance and Annuity Association of America (TIAA)
# And The MITRE Corporation
# Dated April 8, 2006

Effective as of **May 9, 2017,** or such later date as the parties shall agree by Notice, the Record Keeping Services Agreement ("Agreement"), dated **April 8, 2006**, between Teachers Insurance and Annuity Association of America ("TIAA") and **The MITRE Corporation** ("Employer") as Sponsor of **The MITRE Corporation Qualified Retirement Plan** and **The MITRE Corporation Tax Sheltered Annuity Plan** (the "Plan(s)"), is hereby amended as follows:

1. **Schedule B is hereby amended and reads as follows:**

### Active Plan Funding Options

#### TIAA-CREF Annuity Contract

| Annuity Name | The annual fee TIAA receives for services (in basis points) | Ticker |
|---|---|---|
| TIAA Traditional Annuity | 15 | N/A |
| TIAA Real Estate Account | 24 | QREARX |
| CREF Bond Market Account R3 | 10 | QCBMIX |
| CREF Equity Index Account R3 | 10 | QCEQIX |
| CREF Global Equities Account R3 | 10 | QCGLIX |
| CREF Growth Account R3 | 10 | QCGRIX |
| CREF Inflation-Linked Bond Account R3 | 10 | QCILIX |
| CREF Money Market Account R3 | 10 | QCMMIX |
| CREF Social Choice Account R3 | 10 | QCSCIX |
| CREF Stock Account R3 | 10 | QCSTIX |

#### TIAA-CREF Mutual Funds

| Fund Name | Share Class | The annual fee TIAA receives for services (in basis points) | Ticker |
|---|---|---|---|
| TIAA-CREF Bond Index Fund | Institutional | 0 | TBIIX |
| TIAA-CREF Emerging Markets Equity Index Fund | Institutional | 0 | TEQLX |

Client ID: 007379
v1.0



| Fund Name | Share Class | The annual fee TIAA receives for services (in basis points) | Ticker |
|---|---|---|---|
| TIAA-CREF Enhanced International Equity Index Fund | Institutional | 0 | TFIIX |
| TIAA-CREF Enhanced Large Cap Growth Index Fund | Institutional | 0 | TLIIX |
| TIAA-CREF Enhanced Large Cap Value Index Fund | Institutional | 0 | TEVIX |
| TIAA-CREF Equity Index Fund | Institutional | 0 | TIEIX |
| TIAA-CREF Growth & Income Fund | Institutional | 0 | TIGRX |
| TIAA-CREF High-Yield Fund | Institutional | 0 | TIHYX |
| TIAA-CREF International Equity Fund | Institutional | 0 | TIIEX |
| TIAA-CREF International Equity Index Fund | Institutional | 0 | TCIEX |
| TIAA-CREF Large-Cap Growth Index Fund | Institutional | 0 | TILIX |
| TIAA-CREF Large-Cap Value Fund | Institutional | 0 | TRLIX |
| TIAA-CREF Large-Cap Value Index Fund | Institutional | 0 | TILVX |
| TIAA-CREF Lifecycle Index Retirement Income Fund | Institutional | 0 | TRILX |
| TIAA-CREF Lifecycle Retirement Income Fund | Institutional | 0 | TLRIX |
| TIAA-CREF Mid-Cap Growth Fund | Institutional | 0 | TRPWX |
| TIAA-CREF Mid-Cap Value Fund | Institutional | 0 | TIMVX |
| **TIAA-CREF Money Market Fund** | **Institutional** | **0** | **TCIXX** |
| TIAA-CREF Real Estate Securities Fund | Institutional | 0 | TIREX |
| TIAA-CREF S&P 500 Index Fund | Institutional | 0 | TISPX |
| TIAA-CREF Small-Cap Blend Index Fund | Institutional | 0 | TISBX |
| TIAA-CREF Small-Cap Equity Fund | Institutional | 0 | TISEX |
| TIAA-CREF Social Choice Bond Fund | Institutional | 0 | TSBIX |
| TIAA-CREF Social Choice Equity Fund | Institutional | 0 | TISCX |
| TIAA-CREF Lifecycle Index Funds[1] | | | |
|     TIAA-CREF Lifecycle Index 2010 Fund | Institutional | 0 | TLTIX |
|     TIAA-CREF Lifecycle Index 2015 Fund | Institutional | 0 | TLFIX |
|     TIAA-CREF Lifecycle Index 2020 Fund | Institutional | 0 | TLWIX |
|     TIAA-CREF Lifecycle Index 2025 Fund | Institutional | 0 | TLQIX |
|     TIAA-CREF Lifecycle Index 2030 Fund | Institutional | 0 | TLHIX |
|     TIAA-CREF Lifecycle Index 2035 Fund | Institutional | 0 | TLYIX |

[1] The actual Lifecycle Index Funds currently available as funding options under the Plans are detailed in Schedule B of this Agreement. TIAA will deem Schedule B to this Agreement to be amended to include a new Lifecycle Index Fund when a new Lifecycle Index Fund becomes available and is subsequently approved by the Employer to be added as a funding option under the Plans. Any additional funds, that are not part of the Lifecycle Index family of funds, will need a signed and executed Amendment to the Record Keeping Agreement prior to being added as a funding option under the Plans.



| Fund Name | Share Class | The annual fee TIAA receives for services (in basis points) | Ticker |
|---|---|---|---|
| TIAA-CREF Lifecycle Index 2040 Fund | Institutional | 0 | TLZIX |
| TIAA-CREF Lifecycle Index 2045 Fund | Institutional | 0 | TLXIX |
| TIAA-CREF Lifecycle Index 2050 Fund | Institutional | 0 | TLLIX |
| TIAA-CREF Lifecycle Index 2055 Fund | Institutional | 0 | TTIIX |
| TIAA-CREF Lifecycle Index 2060 Fund | Institutional | 0 | TVIIX |
| TIAA-CREF Lifecycle Funds[2] | | | |
| TIAA-CREF Lifecycle 2010 Fund | Institutional | 0 | TCTIX |
| TIAA-CREF Lifecycle 2015 Fund | Institutional | 0 | TCNIX |
| TIAA-CREF Lifecycle 2020 Fund | Institutional | 0 | TCWIX |
| TIAA-CREF Lifecycle 2025 Fund | Institutional | 0 | TCYIX |
| TIAA-CREF Lifecycle 2030 Fund | Institutional | 0 | TCRIX |
| TIAA-CREF Lifecycle 2035 Fund | Institutional | 0 | TCIIX |
| TIAA-CREF Lifecycle 2040 Fund | Institutional | 0 | TCOIX |
| TIAA-CREF Lifecycle 2045 Fund | Institutional | 0 | TTFIX |
| TIAA-CREF Lifecycle 2050 Fund | Institutional | 0 | TFTIX |
| TIAA-CREF Lifecycle 2055 Fund | Institutional | 0 | TTRIX |
| TIAA-CREF Lifecycle 2060 Fund | Institutional | 0 | TLXNX |

Teachers Insurance and Annuity Association of America

By: *Stephanie Morano* (signature)     Date: March 29, 2017

Print Name: Stephanie Morano
Title: Manager, Client Agreement Team


The MITRE Corporation

By: (signature)     Date: 03/13/17

Print Name: Erin Savin
Title: Benefits Manager

Client ID: 007379
v1 0