# EXHIBIT 2



**Amendment No. 11 to the
Record Keeping Services Agreement
Between Teachers Insurance and Annuity Association of America (TIAA)
And The MITRE Corporation
Dated April 8, 2006**

Effective as of **the date signed by both parties,** or such later date as the parties shall agree by Notice, the Record Keeping Services Agreement ("Agreement"), dated **April 8, 2006**, between Teachers Insurance and Annuity Association of America ("TIAA") and **The MITRE Corporation** ("Employer") as Sponsor of **The MITRE Corporation Qualified Retirement Plan** and **The MITRE Corporation Tax Sheltered Annuity Plan** (the "Plan(s)"), is hereby amended as follows:

1. **Section 8 ("Fees & Compensation for Services) is hereby amended to read as follows:**

## 8.  FEES & COMPENSATION FOR SERVICES

8.1  TIAA's annual revenue requirement for the services under this Agreement is **0.039% (3.9 basis points** multiplied by plan assets equals, the "Revenue Requirement") per Plan. TIAA's Revenue Requirement for the Plan(s) will remain in effect for a five (5) year period beginning **July 1, 2018 (ending June 30, 2023)** (the "Revenue Requirement Term"). If however this Agreement is executed and received within thirty (30) calendar days of when the first scheduled reconciliation would have been performed then the terms of the Reconciliation Process will begin in the next available reconciliation period. In the event that the Revenue Requirement has not been adjusted after the end of the Revenue Requirement Term, the current Revenue Requirement and how such Revenue Requirement shall be paid will remain in effect until such time as a new Revenue Requirement is established.

Where the Employer with respect to a Plan maintains a balance in and makes active contributions to any of the mutual funds, other investment vehicles, and/or TIAA-CREF annuity contracts recordkept on TIAA's platform, TIAA will compare the Revenue Requirement to the revenue generated by such Plan on a quarterly basis to determine if the Plan generated sufficient revenue to meet TIAA's Revenue Requirement ("Reconciliation Process"). TIAA will provide the Employer a Reconciliation report accessible on PlanFocus, TIAA's administrative web service, which will provide the results of the Reconciliation Process. The revenue generated by the plan(s) that is considered by the Reconciliation Process to pay for TIAA's Revenue Requirement may be attributable to the following:

Client ID: 007379
v1.0



**Investments that revenue share or provide for a Plan Services Expense offset:**

The Employer understands and agrees that certain proprietary and non-proprietary annuity accounts and mutual fund investments listed in Schedule B may pay to the Plan revenue sharing payments or Plan Services Expense payments to be collected by TIAA. The Employer agrees that the amount of such revenue sharing payments or Plan Services Expense payments shall be collected by TIAA and used in the Reconciliation Process to pay the Plan(s) Revenue Requirement. The current schedule of investments and their respective revenue share amounts or Plan Services Expense offset amounts are listed in Schedule B. Such revenue shares or Plan Services Expense offset are subject to change at the election of the fund company but in no event shall such changes change TIAA's Revenue Requirement as set forth above.

8.2 In the event that the Reconciliation Process determines that the Plan(s) generated revenue in excess of TIAA's Revenue Requirement, TIAA shall credit the plan(s) Revenue Credit Account in the amount of the excess. A Revenue Credit Account is a suspense account held under the terms of the Plan which is funded with excess revenue generated from that Plan. Notwithstanding the foregoing, no Revenue Credit Account shall be funded if the excess amount determined by the Reconciliation Process is less than $2,500 for any given reconciliation year.

The Revenue Credit Accounts may only be used either to pay direct, reasonable and necessary Plan expenses which the Plan(s) are authorized to pay or to provide benefits for Plan participants and beneficiaries in the form of plan servicing credits. Such credits can be paid to Plan participants' accounts, with at least thirty (30) days' Notice from the Employer to TIAA prior to the plan year end, in a method elected by the Employer provided that TIAA can administer such Employer election and provided that TIAA determines, in its sole discretion, that the elected method will not violate applicable law. Revenue Credit Account money should be paid out in the form of plan servicing credits and/or for plan expenses before the end of the plan year of each of the Plan(s).

Payments from Revenue Credit Accounts directly to the Employer will be made only if the following procedures are followed:

1. Legal counsel for the Employer will, in writing, provide assurance to TIAA that such legal counsel has reviewed the reimbursement arrangement for expenses to be paid directly to the Employer and that in its opinion the program, as structured, meets ERISA requirements for expense reimbursement and the terms of the Plan. This will be a onetime certification and will be effective for the duration of the Revenue Requirement Term.



2. Prior to each payment the Employer shall provide TIAA with a written certification that the expenses to be paid meet ERISA's requirements for reimbursement from the plan, including the requirements that they are reasonable in amount, necessary for the administration of the Plan and would not have been incurred but for the Plan (e.g., no overhead or settlor expenses, are covered).

The Employer, as Named Fiduciary represents that payments from Revenue Credit Accounts shall be used to reimburse direct, reasonable and necessary expenses of the Plan(s) that the Plan(s) are authorized to pay or to provide revenue credits to Plan Participants Accounts as stated above. No payments shall be made directly to the Employer or the Named Fiduciary of the Plan(s) without adherence to the above requirements. For payments made directly to a Plan service provider, TIAA shall facilitate transactions to cover reasonable and necessary Plan expenses that each Plan itself could pay. To establish a service provider for reimbursement, the Employer shall provide a W-9 to TIAA. Newly established service providers shall be reimbursed through electronic funds transfer (EFT) means only. In addition, the Employer is responsible for any applicable tax-withholding and reporting (e.g., 1099-MISC tax reporting). The service provider invoice must be submitted along with detailed payment instructions. The Employer agrees to utilize PlanFocus, TIAA's administrative web service to manage their Revenue Credit Accounts including establishing service providers, providing a W-9, and submitting reimbursement requests. Once instructed through PlanFocus, payments shall be made directly to the plan service provider within an administratively feasible period of time and no later than thirty (30) days after the date the instructions were received.

8.3 In the event that the Reconciliation Process determines that the plan(s) did not generate sufficient revenue to meet TIAA's Revenue Requirement and therefore results in a shortfall, the Employer understands and agrees that TIAA shall invoice the Employer for such shortfall and the Employer agrees to pay such invoice within thirty days of receipt. Notwithstanding the foregoing, no invoice to the Employer shall be sent if the Plan's shortfall amount determined by the Reconciliation Process is less than $2,500 for any given reconciliation year.

8.4 If, in the good faith determination of both parties the assumptions and terms as determined above have changed substantially, the parties agree to revise this section. The Employer and TIAA will amend this section and any additional agreements in order to reflect the new Revenue Requirement that will be used for the Reconciliation Process. Notwithstanding the foregoing, TIAA agrees to give the Employer sixty (60) days advance notice prior to requesting such a revision. In the event the Revenue Requirement Term expires and a new Revenue Requirement and/or Revenue Requirement Term has not been established, the terms of this Section 8 will continue until the effective date of the new Revenue Requirement and/or Revenue Requirement Term.



8.5  In the event that this Agreement covers a legal plan, as identified by the Employer and/or Plan Document ("Legal Plan"), and such Legal Plan is recordkept on TIAA's recordkeeping platform under separate plan numbers, the Reconciliation Process shall be based on the aggregation of data from each of the plan numbers that constitute a Legal Plan. For the purpose of this Agreement, the table below details each Legal Plan and their associated plan numbers that will be combined for the Reconciliation Process under this Section 8:

| Legal Plan Name | TIAA Plan Numbers |
|---|---|
| The MITRE Corporation Qualified Retirement Plan | 102336 |
| The MITRE Corporation Tax Sheltered Annuity Plan | 102337 |

**2. Section 9 ("Maintenance of Records") is hereby deleted in its entirety and replaced with the following:**

## 9. MAINTENANCE OF RECORDS

9.1 TIAA agrees that the books, records, accounts, ledgers, documents, and other compilations of data (whether written, electronic, computer related or otherwise) collected and maintained by TIAA for the Employer and/or the Plan(s) under any provision or requirement of this Agreement (the "Records") are the property of the Employer. During the term of this Agreement, TIAA will at all times cooperate with and grant the Employer or its designee reasonable access to the Records during TIAA's normal business hours. If any litigation, claim, negotiation, audit, or other action involving the Records is commenced prior to the expiration of the applicable retention period, both TIAA and the Employer shall retain all Records until completion of the action and resolution of all issues resulting therefrom, or until the end of the applicable retention period, whichever is later. Upon the expiration or termination of this Agreement, TIAA shall provide Records to the Employer upon such schedule and in such form or format as the Employer and TIAA agree is reasonable.

9.2 TIAA has implemented and agrees to maintain appropriate security measures, policies, and procedures that are designed to meet the objectives of the Gramm Leach Bliley Act of 1999 ("GLB"), The Fair Credit Reporting Act ("FCRA") as amended by the Fair and Accurate Credit Transactions Act of 2003 ("FACT Act"), the respective regulations promulgated thereunder, and applicable state privacy laws, including but not limited to 201 CMR 17.00 et. seq.



9.3 Without limiting the foregoing, TIAA represents and warrants that it has implemented an information security program described in the document entitled "TIAA Cybersecurity Program" attached hereto as Exhibit A.

9.4 TIAA is not a public company and is not required to comply with the Sarbanes-Oxley Act ("SOX"). TIAA complies with the Model Audit Rule, which contains substantially similar testing requirements to SOX, with the exception of a certification signed by the Chief Executive Officer or Chief Financial Officer under Section 302 of SOX and an independent opinion relating to internal controls. Nevertheless, TIAA Retirement Operations submits to SOC1 testing to better understand its internal control environment for institutional retirement recordkeeping and financial reporting. The SOC1 is an industry standard created by the AICPA and represents an independent opinion of the suitability of design and operating effectiveness of controls. As of 12/31/17 TIAA Retirement Operations submitted to a PricewaterhouseCoopers SOC1 test, a copy of which is available upon request.

Teachers Insurance and Annuity Association of America

By: *Troy Brandt* (signature)    Date: 07/26/2018

Print Name: Troy Brandt

Title: Director

The MITRE Corporation

By: (signature)    Date: 07.17.2018

Print Name: Erin Sarin

Title: Benefits Manager



# EXHIBIT A

## TIAA Cybersecurity Program

TIAA's Cybersecurity Program relies on layers of security and seeks to prevent, protect and resolve issues relating to customer personal information. It includes physical, administrative and technological controls to:

- Protect the security and confidentiality of client information of the TIAA companies;
- Defend against anticipated threats or hazards to the security or integrity of client information of TIAA; and
- Protect against unauthorized access to or use of client information that could result in substantial harm or inconvenience to any client.

TIAA has implemented and maintains controls with respect to the following:

**Policies and Standards:** The TIAA Code of Business Conduct and enterprise-wide cybersecurity related policies and standards guide the actions and activities of the TIAA workforce. Our cybersecurity policies and standards are based on regulatory guidance and industry standards which require controls to minimize risks to customer information and include the Federal Financial Institutions Examination Council (FFIEC) booklets, International Organization for Standardization / the International Electrotechnical Commission (ISO/IEC 27002), National Institute of Standards and Technology (NIST), and Payment Card Industry (PCI) as applicable. We have designated individuals who are responsible for implementing, maintaining and improving our Cybersecurity Program.

**Risk Assessments:** TIAA's IT Risk Assessment Team operates within the enterprise risk framework and executes the assessment methodologies to inform stakeholders of conditions that introduce risk into the business. IT Risk Assessments are currently performed for suppliers and projects.

**Training and Awareness:** TIAA requires Information Security training be provided to all new hires and all TIAA employees annually. Managers are required by policy to allocate sufficient on-the-job time for employees to complete this training. Managers must also provide ongoing reinforcement and awareness to remind employees of their information security obligations.

**Employee Compliance:** Employees are required to comply with existing policies and standards, and face disciplinary action for non-compliance.

**Third Party Service Providers:** All third party service providers are subject to a security assessment process prior to receiving, accessing, storing or processing confidential company or client information and then at least bi-annually thereafter. Third party service providers are contractually required to implement information security safeguards to protect our information according to our standards and applicable law.

**Access:** Physical and electronic access is granted on a need to know basis, which means only the minimum level of access required for users to successfully complete their job functions should be granted. Access will only be provisioned after users and devices have had their identity properly verified and authorized. All access levels and permissions are regularly reviewed in accordance with TIAA policies and standards to ensure that the access granted to users is consistent with the users' current job role. Alteration to a user's access must go through an approval process. Access rights are terminated for employees who are no longer with TIAA.



**Encryption:** TIAA requires encryption of laptops and portable devices as well as electronic transmission of client information outside the enterprise.

**Storage and Transportation:** TIAA extends its access and other security policies to information being transported and/or stored.

**Patch Management, Anti-Virus and Malware, Firewalls:** TIAA requires systems containing company and client information be maintained with reasonably up-to-date security patches, including anti-malware and antivirus software that receive updates on a regular basis. In addition, our network is protected via firewalls.

**Monitoring:** TIAA has 24x7 monitoring of information traveling on our network via Web browsing or email.

**Oversight:** TIAA is regularly monitored by internal auditors, external auditors, and regulatory bodies for compliance with privacy and cybersecurity laws, regulations and industry best practices.

**Online Controls:** Secure Sockets Layer (SSL) is a type of encryption that provides a secure connection, allowing you to transmit private data securely. Extended Verification checks daily for malware and vulnerabilities on our site. TIAA uses SSL in combination with Extended Verification to verify our site's identity and keep your information safe. You'll know your information is safe when you see green or a padlock in the address bar. Online sessions will end after 20 minutes to ensure no one can access your accounts if you leave your computer unattended.

**Authentication:** When you are accessing data electronically, we block your account after a certain amount of failed log in attempts. If you try to log in on a computer we don't recognize, we will ask you to verify your identity. We will require multifactor authentication to verify your identity during important account changes and financial transactions, whether they are made online or over the phone. We will also send you an email alert when changes are made to your personal information.

**Financial Fraud Oversight:** TIAA has an Enterprise Financial Crime Prevention program that handles all suspected unauthorized financial activity. Any customer/participate who reports such activity will be referred to this program.