UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON L. BROWN, PETER A. YOUNG, NINA DANIEL, RUSSELL S. CRABTREE, KIMBERLY L. NESBITT and ERIN N. WHEELER, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>THE MITRE CORPORATION, THE BOARD OF TRUSTEES OF THE MITRE CORPORATION, THE INVESTMENT ADVISORY COMMITTEE OF THE MITRE CORPORATION and JOHN DOES 1-30,<br><br>            Defendants. | CIVIL ACTION NO.: 1:22-cv-10976 |

**DEFENDANTS' MOTION TO CERTIFY
INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

Defendants The MITRE Corporation ("MITRE"), The Board of Trustees of the MITRE Corporation (the "Board"), and The Investment Advisory Committee of the MITRE Corporation (the "Committee") (collectively, "Defendants") hereby respectfully move the Court to certify for interlocutory appeal its March 6, 2023 Memorandum and Order on Defendants' Motion to Dismiss (ECF No. 57) (the "Order") pursuant to 28 U.S.C. As grounds for this Motion, Defendants state as follows:

    1.    Plaintiffs filed their Complaint on June 22, 2022. *See* ECF No. 1.

    2.    On August 23, 2022, Defendants filed a Motion to Dismiss the Complaint in its entirety. *See* ECF No. 16.

1

3. On March 6, 2023, the Court issued the Order, which granted Defendants' Motion to Dismiss on the issue of issue preclusion or collateral estoppel as to Plaintiff Brown, and denied the Motion to Dismiss in all other respects. ECF No. 57.

4. Defendants respectfully submit that the Order satisfies the requirements of 28 U.S.C. § 1292(b), because the Order involves a controlling question of law as to which there is substantial ground for difference of opinion, and an interlocutory appeal could materially advance the ultimate termination of this action. *See* 28 U.S.C. § 1292(b).

5. Defendants rely on and incorporate herein their Memorandum of Law in Support of Motion to Certify Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b), filed herewith.

WHEREFORE, Defendants respectfully request that the Court grant their Motion and certify the Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b).

Dated: April 5, 2023                             Respectfully submitted,

/s/ *Keri L. Engelman*
Keri L. Engelman, Bar No. 704360
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7828
Facsimile: (617) 341-7701
keri.engelman@morganlewis.com

Jeremy P. Blumenfeld (admitted *pro hac vice*)
Shane C. O'Halloran (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103-2921
Phone:  215.963.5028/5258
Fax:  215.963.5001
jeremy.blumenfeld@morganlewis.com
Phone: 215.963.4825
Fax: 215.963.5001
shane.ohalloran@morganlewis.com

*Attorneys for Defendants*

## RULE 7.1 DISCLOSURE STATEMENT

Counsel for Defendants hereby certify that they have conferred with counsel for Plaintiffs in good faith regarding this Motion pursuant to Local Rule 7.1.  Plaintiffs do not consent to the relief requested in this Motion.

*/s/ Keri L. Engelman*
Keri L. Engelman

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record via the Court's CM/ECF Filing System on this 5th day of April, 2023.

*/s/ Keri L. Engelman*
Keri L. Engelman
