# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON L. BROWN, PETER A. YOUNG, NINA DANIEL, RUSSELL S. CRABTREE, KIMBERLY L. NESBITT and ERIN N. WHEELER, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>THE MITRE CORPORATION, THE BOARD OF TRUSTEES OF THE MITRE CORPORATION, THE INVESTMENT ADVISORY COMMITTEE OF THE MITRE CORPORATION and JOHN DOES 1-30,<br><br>  Defendants. | CIVIL ACTION NO.: 1:22-cv-10976 |

## JOINT STATUS REPORT FOLLOWING MEDIATION

Plaintiffs Aaron L. Brown, Peter A. Young, Nina Daniel, Russell S. Crabtree, Kimberly L. Nesbitt, and Erin N. Wheeler ("Plaintiffs") and Defendants The MITRE Corporation, The Board of Trustees of the MITRE Corporation, and The Investment Advisory Committee of the MITRE Corporation (collectively, "Defendants"), by and through their undersigned counsel, hereby report that they participated in a full-day mediation session with an experienced mediator on March 20, 2024 but were unable to reach a settlement. The parties are continuing settlement discussions, and as such, respectfully request that the Court continue the current stay (*see* ECF 85) until May 16, 2024.

Dated: April 2, 2024

/s/ *Mark K. Gyandoh*
Mark K. Gyandoh
Donald R. Reavey

Respectfully submitted,

/s/ *Keri L. Engelman*
Keri L. Engelman, Bar No. 704360
MORGAN, LEWIS & BOCKIUS LLP

CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
markg@capozziadler.com
donr@capozziadler.com

Peter Muhic
MUHIC LAW LLC
923 Haddonfield Road, Suite 300
Cherry Hill, NJ 08002
Telephone: (856) 324-8252
Facsimile: (717) 233-4103

*Attorneys for Plaintiffs*

One Federal Street
Boston, MA 02110-1726
Telephone: (617) 341-7828
Facsimile: (617) 341-7701
keri.engelman@morganlewis.com

Jeremy P. Blumenfeld
Shane C. O'Halloran
Morgan, Lewis & Bockius LLP
2222 Market Street
Philadelphia, PA  19103-3007
Phone:  215.963.5000
Fax:  215.963.5001
jeremy.blumenfeld@morganlewis.com
shane.ohalloran@morganlewis.com

*Attorneys for Defendants*

## **RULE 7.1 CERTIFICATE**

Counsel for the parties hereby certify that they met and conferred regarded the requested relief. The parties jointly request and consent to the requested relief.

                                           */s/ Keri L. Engelman*
                                           Keri L. Engelman

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document has been served upon all counsel of record via the Court's CM/ECF Filing System on this 2nd day of April, 2024.

*/s/ Keri L. Engelman*
Keri L. Engelman
