UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON L. BROWN, PETER A. YOUNG, NINA DANIEL, RUSSELL S. CRABTREE, KIMBERLY L. NESBITT and ERIN N. WHEELER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE MITRE CORPORATION, THE BOARD OF TRUSTEES OF THE MITRE CORPORATION, THE INVESTMENT ADVISORY COMMITTEE OF THE MITRE CORPORATION and JOHN DOES 1-30.<br><br>Defendants. | CIVIL ACTION NO.: 1:22-cv-10976-DJC |

**JOINT STATUS REPORT AND JOINT MOTION TO EXTEND THE DEADLINE TO FILE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT AND SUPPORTING DOCUMENTS**

Plaintiffs, Peter A. Young, Nina Daniel, Russell S. Crabtree, Kimberly L. Nesbitt, and Erin N. Wheeler ("Plaintiffs") and Defendants, The Mitre Corporation, the Board of Trustees of the Mitre Corporation, and the Investment Advisory Committee of the Mitre Corporation ("Defendants") ("collectively, the "Parties"), by and through their undersigned counsel, hereby submit this joint status report and joint motion to extend the deadline to file Plaintiffs' Motion for Preliminary Approval of the Settlement and supporting documents.

1.  The Court approved the Parties' request to extend the deadline for filing Plaintiffs' Motion for Preliminary Approval and supporting documents by August 21, 2024. *See* ECF No. 95.

2. The Parties have largely completed their review and finalization of the settlement agreement, having exchanged and commented on several drafts. However, Defendants' principal who is responsible for final review and signing the settlement agreement is out of town until Labor Day. Accordingly, the Parties require a modest extension until September 9, 2024 to execute the settlement agreement.

3. No prejudice will result if this Joint Motion is granted. This request is made in good faith and not for purposes of delay.

4. WHEREFORE, the Parties respectfully request that this Court extend the time to file the Motion for Preliminary Approval of the Settlement and supporting documents until September 9, 2024.

Dated:  August 21, 2024                                             Respectfully submitted,

/s/ *Mark K. Gyandoh*                                               /s/ *Keri L. Engelman*
Mark K. Gyandoh                                                     Keri L. Engelman, Bar No. 704360
(admitted *pro hac vice*)                                           **MORGAN, LEWIS & BOCKIUS LLP**
James A. Maro                                                       One Federal Street
(pending *pro hac vice*)                                            Boston, MA 02110-1726
**CAPOZZI ADLER, P.C.**                                             Telephone: (617) 341-7828
312 Old Lancaster Road                                              Facsimile: (617) 341-7701
Merion Station, PA 19066                                            Email: keri.engelman@morganlewis.com
Telephone: (610) 890-0200
Facsimile: (717) 233-4103                                           Jeremy P. Blumenfeld
Email: markg@capozziadler.com                                       (*admitted pro hac vice*)
         jamesm@capozziadler.com                                    **MORGAN, LEWIS & BOCKIUS LLP**
                                                                    2222 Market Street
Peter A. Muhic, Esquire                                             Philadelphia, PA  19103-2921
(*pro hac vice*)                                                    Phone:  215.963.5028/5258
**MUHIC LAW LLC**                                                   Fax:  215.963.5001
923 Haddonfield Road, Suite 300                                     Email: jeremy.blumenfeld@morganlewis.com
Cherry Hill, NJ  08002
Email: peter@muhiclaw.com                                           *Attorneys for Defendants*
Tel: (856) 324-8252
Fax: (717) 233-4103

*Attorneys for Plaintiffs*

## **RULE 7.1 CERTIFICATE**

Counsel for the parties hereby certify that they met and conferred regarding the requested relief. The parties jointly request and consent to the requested relief.

>*/s/ Mark K. Gyandoh*
>Mark K. Gyandoh

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2024, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh

4