EXHIBIT 4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AARON L. BROWN, PETER A. YOUNG, )
NINA DANIEL, RUSSELL S. CRABTREE, )
KIMBERLY L. NESBITT and ERIN N. )
WHEELER, individually and on behalf of all )
others similarly situated, )
                          )
                 Plaintiff, )
        v. )
                          )
THE MITRE CORPORATION, THE )
BOARD OF TRUSTEES OF THE )
MITRE CORPORATION, THE )
INVESTMENT ADVISORY COMMITTEE )
OF THE MITRE CORPORATION and )
JOHN DOES 1-30. )
                          )
              Defendants. )

**CIVIL ACTION NO.: 1:22-cv-10976-DJC**

## DECLARATION OF PLAINTIFF RUSSELL S. CRABTREE IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF FORM AND MANNER OF SETTLEMENT NOTICE, AND SCHEDULING OF A FAIRNESS HEARING

I, Russell S. Crabtree, make this Declaration pursuant to 28 U.S.C. § 1746, and hereby declare as follows:

1.       I am a Plaintiff in this action, listed in the operative Complaint.

2.       I currently reside in Leavenworth, KS, and have lived there during the entirety of this action.

3.       From the inception of this case, I have been represented by the Pennsylvania law firm of Capozzi Adler, P.C.

4.       I worked at MITRE Corporation from 2009 through 2021.  While employed at MITRE, I participated in the MITRE Corporation Tax Sheltered Annuity Plan ("TSA Plan") and

the Qualified Retirement Plan ("QRP Plan") with TSA and QRP being referred to collectively as the "Plans."

5.      I joined the Mitre Corporation lawsuit because I felt I could contribute to the cause. I understood the lawsuit was on behalf of the Plans and a class of people just like me who were participants in the Plans. I wanted to be a Plaintiff in this case because I believed that the Plans had not been doing a good enough job in managing the Plans. In joining this lawsuit, I hoped to obtain a monetary recovery on behalf of the Plans, for myself and all other similarly situated participants in the Plans.

6.      I have spent many hours on this litigation, conferring regularly with my attorneys at Capozzi Adler. I also receive written updates on the litigation by email and letters. My attorneys and I also discussed the events surrounding the settlement negotiations. I discussed and will continue to discuss in more detail the proposed Settlement as the settlement proceeds through the approval process. I have also gathered relevant documents and provided them to my attorneys throughout the litigation. Had this litigation continued, I was fully prepared to present at a deposition and appear at trial, if necessary.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on _____
8/20/2024

Signed by:

*Russell S. Crabtree*

Russell S. Crabtree