# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON L. BROWN, PETER A. YOUNG, NINA DANIEL, RUSSELL S. CRABTREE, KIMBERLY L. NESBITT and ERIN N. WHEELER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE MITRE CORPORATION, THE BOARD OF TRUSTEES OF THE MITRE CORPORATION, THE INVESTMENT ADVISORY COMMITTEE OF THE MITRE CORPORATION and JOHN DOES 1-30.<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO.: 1:22-cv-10976-DJC |

**DECLARATION OF PLAINTIFF ERIN N. WHEELER IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF FORM AND MANNER OF SETTLEMENT NOTICE, AND SCHEDULING OF A FAIRNESS HEARING**

I, Erin N. Wheeler, make this Declaration pursuant to 28 U.S.C. § 1746, and hereby declare as follows:

1. I am a Plaintiff in this action, listed in the operative Complaint.

2. I currently reside in Bowie, MD, and have lived there during the entirety of this action.

3. From the inception of this case, I have been represented by the Pennsylvania law firm of Capozzi Adler, P.C.

4. I worked at MITRE Corporation from 2007 through 2021. While employed at MITRE, I participated in the MITRE Corporation Tax Sheltered Annuity Plan ("TSA Plan") and

the Qualified Retirement Plan ("QRP Plan") with TSA and QRP being referred to collectively as the "Plans."

5. I joined the MITRE lawsuit because I felt I could contribute to the cause. I understood the lawsuit was on behalf of the Plans and a class of people just like me who were participants in the Plans. I wanted to be a Plaintiff in this case because I believed that the Plans' fiduciaries had not been doing a good enough job managing the Plans. In joining this lawsuit, I hoped to obtain a monetary recovery on behalf of the Plans, for myself and all other similarly situated participants in the Plans.

6. I have spent many hours on this litigation, conferring regularly with my attorneys at Capozzi Adler. I also receive written updates on the litigation by email and letters. My attorneys and I also discussed the events surrounding the settlement negotiations. I discussed and will continue to discuss in more detail the proposed Settlement as the settlement proceeds through the approval process. I have also gathered relevant documents and provided them to my attorneys throughout the litigation. Had this litigation continued, I was fully prepared to present at a deposition and appear at trial, if necessary.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on 8/20/2024

Signed by:

*Erin Wheeler*

Erin N. Wheeler