## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AARON L. BROWN, PETER A. YOUNG, )
NINA DANIEL, RUSSELL S. CRABTREE, )
KIMBERLY L. NESBITT and ERIN N. ) **CIVIL ACTION NO.: 1:22-cv-10976-DJC**
WHEELER, individually and on behalf of all )
others similarly situated, )
　)
　　　　　　　　Plaintiff, )
　　v. )
　)
THE MITRE CORPORATION, THE )
BOARD OF TRUSTEES OF THE MITRE )
CORPORATION, THE INVESTMENT )
ADVISORY COMMITTEE OF THE MITRE )
CORPORATION and JOHN DOES 1-30. )
　)
　　　　　　　Defendants. )

## PLAINTIFFS' UNOPPOSED MOTION FOR
## FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs, Peter A. Young, Nina Daniel, Russell S. Crabtree, Kimberly L. Nesbitt, and Erin N. Wheeler, (together, "Plaintiffs"), participants in the MITRE Corporation Tax Sheltered Annuity Plan ("TSA Plan") and/or the Qualified Retirement Plan ("QRP Plan") (collectively, the "Plans"), hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1.　Granting final approval to the class action settlement in this action on the terms of the Class Action Settlement Agreement ("Settlement Agreement"), fully executed on September 9, 2024, and previously filed with the Court on September 9, 2024 (ECF No. 102-1);

2.　Finding that the manner in which the Settlement Class was notified of the Settlement was the best practicable manner under the circumstances and adequately informed the Settlement Class members of the terms of the Settlement, how to lodge an objection and obtain additional information; and

1

3.  For such other and further relief as the Court may deem just and proper.

The grounds for this Motion are set forth in the following papers filed contemporaneously herewith:

    A.  Memorandum of Law in support of Plaintiffs' Unopposed Motion for Final Approval of Class Action; and

    B.  Declarations of Plaintiffs' Counsel, Plaintiffs, and Settlement/Notice Administrator.

Attached hereto is the proposed Final Approval Order and Judgment in the form agreed to by the Parties.

Dated: December 20, 2024

Respectfully submitted,

**CAPOZZI ADLER, P.C.**

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
James A. Maro, Esquire
James A. Wells, Esquire
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4101
Email: markg@capozziadler.com
       jamesm@capozziadler.com
       jayw@capozziadler.com

**MUHIC LAW LLC**
Peter A. Muhic, Esquire
923 Haddonfield Road, Ste. 300
Cherry Hill, NJ 08002
Telephone: (856) 324-8252
Facsimile: (717) 233-4101
Email: peter@muhiclaw.com

*Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2024, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

                              By:  *Mark K. Gyandoh*
                                     Mark K. Gyandoh, Esq.